☒ FILED ☐ LODGED

**Oct 15 2018**

CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA

JOE ANGEL GOMEZ #154269
Name and Prisoner/Booking Number

ARIZONA STATE PRISON-LEWIS (RASTMAX UNIT)
Place of Confinement

P.O. BOX 3600
Mailing Address

BUCKEYE, AZ, 85326
City, State, Zip Code

(Failure to notify the Court of your change of address may result in dismissal of this action.)

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

Joe Angel Gomez,
(Full Name of Plaintiff)

Plaintiff,

v.

(1) COTT DELASANTOS,
(Full Name of Defendant)

(2) ~~[illegible]~~ OTHERS,

(3) ~~[illegible]~~ OTHERS,

(4) ~~[illegible]~~ OTHERS,

Defendant(s).

☒ Check if there are additional Defendants and attach page 1-A listing them.

CASE NO. CV-18-03294-PHX-JJT-MHB
(To be supplied by the Clerk)

**CIVIL RIGHTS COMPLAINT
BY A PRISONER**

☒ Original Complaint
☐ First Amended Complaint
☐ Second Amended Complaint

## A. JURISDICTION

1. This Court has jurisdiction over this action pursuant to:
   ☒ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983
   ☐ 28 U.S.C. § 1331; *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971).
   ☐ Other: _____.

2. Institution/city where violation occurred: ARIZONA STATE PRISON, BUCKLEY UNIT, MOREY UNIT

(1) COII DELASANTOS... OFFICER AT ASPC-BUCKLEY UNIT
(2) COII GOMEZ... OFFICER AT ASPC-BUCKLEY UNIT
(3) SGT. HAWLEY... SGT. AT ASPC-BUCKLEY UNIT
(4) COII HERNANDEZ... OFFICER AT ASPC-BUCKLEY UNIT
(5) DEPUTY WARDEN WILLIAMS. AT ASPC-BUCKLEY UNIT
(6) ASSISTANT DEPUTY WARDEN COFFMAN AT ASPC-BUCKLEY UNIT
(7) COII CASTRO... OFFICER AT MOREY DETENTION UNIT
(8) DIRECTOR CHARLES RYAN OF ARIZONA DEPARTMENT OF CORRECTIONS

# DEFENDANT(S)

(1A)

## B. DEFENDANTS

1.  Name of first Defendant: _____. The first Defendant is employed as: _____ at _____.
        (Position and Title)    (Institution)

2.  Name of second Defendant: _____. The second Defendant is employed as: _____ at _____.
        (Position and Title)    (Institution)

3.  Name of third Defendant: _____. The third Defendant is employed as: _____ at _____.
        (Position and Title)    (Institution)

4.  Name of fourth Defendant: _____. The fourth Defendant is employed as: _____ at _____.
        (Position and Title)    (Institution)

If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.

## C. PREVIOUS LAWSUITS

1.  Have you filed any other lawsuits while you were a prisoner?   ☐ Yes   ☒ No

2.  If yes, how many lawsuits have you filed? _____. Describe the previous lawsuits:

    a.  First prior lawsuit:
        1. Parties: _____ v. _____
        2. Court and case number: _____.
        3. Result: (Was the case dismissed? Was it appealed? Is it still pending?)_____

    b.  Second prior lawsuit:
        1. Parties: _____ v. _____
        2. Court and case number: _____.
        3. Result: (Was the case dismissed? Was it appealed? Is it still pending?)_____

    c.  Third prior lawsuit:
        1. Parties: _____ v. _____
        2. Court and case number: _____.
        3. Result: (Was the case dismissed? Was it appealed? Is it still pending?)_____

If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.

2

## D. CAUSE OF ACTION

### COUNT I

1. State the constitutional or other federal civil right that was violated: 8TH AMENDMENT RIGHT VIOLATION I WAS THE VICTIM OF CRUEL AND UNUSAL PUNISHMENT.....

2. **Count I.** Identify the issue involved. Check only one. State additional issues in separate counts.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☒ Excessive force by an officer
   - ☐ Threat to safety
   - ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count I. Describe exactly what each Defendant did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   ON 5·11·18 COII GOMEZ PULLED ME OUT THE CELL IN THE MIDDLE OF NIGHT WHEN NO INMATES WERE TO BE PULLED OUT.... HE PULLED ME OUT TO HARRASS ME BECAUSE I AM GAY... HE WALKED ME TO A DEAD END CORNER AS HE BEGIN TO VERBALLY HARRASS ME ABOUT BEING A FAGGOT · HE CALLED INMATE OLVERA TO COME FUCK MY FAGGOT ASS UP ·· AS I ATTEMPTED TO FLEE BEING I KNEW I WAS ABOUT TO BE ASSUALTED COII GOMEZ AND INMATE OLVERA BOTH BEGIN TO JUMP ME ASSULTING ME FOR BEING A GAY INMATE.... NOTE: INMATE OLVERA WAS NOT SAPOSE TO BE OUT OF HIS CELL AND EVERYTHING WAS CAUGHT ON CAMERA ... THIS INCIDENT TOOK PLACE AT ARIZONA STATE PRISON-BUCKLEY UNIT......

   ON 5·11·18 COII DELASANTOS SHOWD UP AFTER I WAS ASSUALTED BY INMATE OLVERA AND COII GOMEZ TO ASSIST IN BREAKING UP THE ASSUALT.... AS HE ARRIVED I WAS ALREADY ON THE FLOOR BEING PLACED IN HANDCUFFS.... ONCE I WAS "ALREADY" IN HANDCUFFS ON THE FLOOR ON MY STOMACH HE PUT HIS KNEE ON MY BACK AND STATED " SO YOU LIKE TO FIGHT OFFICERS YOU PUNKIN FAGGOT" HE BEGIN TO BEAT ME AS I WAS IN CUFFS PUNCHING ME SO HARD IN THE BACK OF MY HEAD THAT MY FACE BOUNCED OFF THE FLOOR/CONCRETE.... NOTE: I WAS COMPLYING WITH OFFICERS ALREADY IN CUFFS BEFORE COII DELASANTOS BEAT ME FOR NO REASON..... EVERYTHING IS ON CAMERA. AND COII DELASANTOS HAS A LONG HISTORY OF ASSUALTING GAY INMATES... COMPLAINTS AND REPORTS FROM MANY OTHERS HAVE BEEN FILED AGAINST HIM... ARIZONA STATE PRISON- BUCKLEY UNIT...

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).

   (1) BROKEN NOSE, MY FACE WAS SPLIT OPEN TO MY SKULL IN 4 DIFFRENT PLACES RESULTING IN MULTIPAL STICHES, MY KNEE AND SHOULDER HAVE BEEN INJURED, I NOW HAVE AN EYE PROBLEM IN MY LEFT EYE DUE TO MY FACE SPLIT OPEN RIGHT ABOVE IT THAT NEEDED 16 STITCHES... PICTURES AVAILABLE

5. **Administrative Remedies:**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☒ Yes ☐ No
   b. Did you submit a request for administrative relief on Count I? ☒ Yes ☐ No
   c. Did you appeal your request for relief on Count I to the highest level? ☒ Yes ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. I FILED MY GRIEVENCE AND WAS FORCED TO PROCEED TO THE NEXT LEVEL WITHOUT ANY RESPONSE SO THAT I CAN EXHAUST MY ADMINISTRATIVE REMEDIES ON TIME, I NEVER WAS GIVEN ANY RESPONSES TO ANY GRIEVANCE LEVEL THAT I FILED DUE TO OFFICERS ATTEMPTING TO OBSTRUCT JUSTICE BY HIDING WHAT WAS DONE... I HAVE COPYS OF ALL MY GRIEVANCE FORMS THAT WERE TURND IN TO THE HIGHEST LEVEL SIGND BY OFFICERS WITH DATES AND 3 TIME... I FOLLOWED DOC POLICY FOR THE GRIEVANCE PROCEEDURE TO THE FINAL LEVEL WITHOUT EVER GETTING A RESPONSE...

## COUNT II

1. State the constitutional or other federal civil right that was violated: 14TH AMENDMENT VIOLATION RIGHT TO DUE PROCESS OF LAW

2. **Count II.** Identify the issue involved. Check only one. State additional issues in separate counts.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☒ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count II. Describe exactly what each Defendant did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   SGT HAWLEY ON 5-11-18 WHO WROTE THE INCIDENT REPORT FALSIFIED DOCUMENTS, FALSIFIED THE DISCIPLINARY TICKET, FALSIFIED THE FACTS CLAIMED THAT THE PLAINTIFF JOE ANGEL GOMEZ ASSAULTED OFFICER COII GOMEZ WHEN THE CAMERA FOOTAGE SHOWED ~~~~~~~ THAT THE PLAINTIFF INMATE GOMEZ WAS THE VICTIM... ALSO IN NONE OF THE REPORTS WAS IT MENTIONED THAT INMATE OLVERA ASSISTED OFFICER COII GOMEZ JUMP AND ASSAULT THE PLAINTIFF......

   COII HERNANDEZ ON 5-11-18 WHO WROTE THE INITIAL TICKET FALSIFIED THE TICKET CLAIMING TO HAVE BEEN A WITNESS TO THE EVENT WHEN HE WAS NOT PRESENT... ALSO HE FAILED TO MENTION ANYTHING ABOUT INMATE OLVERA ASSISTING OFFICER COII GOMEZ JUMP AND ASSAULT THE PLAINTIFF.... COII HERNANDEZ CLAIM'D THE PLAINTIFF INMATE GOMEZ ASSAULTED OFFICER COII GOMEZ WHEN THE CAMERA FOOTAGE SHOWS THE PLAINTIFF WAS THE VICTIM...

   NOTE: IT SHOULD BE NOTED THAT D.O.C DID NOT WANT TO AKNOWLEDGE THE PLAINTIFF WAS ASSAULTED/BATTERED BY AN OFFICER AND INMATE! ~~~~~~~~~~~~~~~ THAT INMATE OLVERA WAS NOT SAPOSE TO BE OUT HIS CELL AND PLAINTIFF INMATE GOMEZ WAS PULLED OUT THE CELL TO BE HARRASSED AND ASSAULTED FOR BEING GAY... THE CRIMINAL INVESTIGATION UNIT INVESTIGATED THIS INCIDENT FINDING THE PLAINTIFF WAS THE VICTIM. COII GOMEZ AND COII DELASANTOS ~~~~ WERE FIRED FROM D.O.C — BUT PLAINTIFF WAS STILL SENT TO A MAX UNIT. FOR ASSAULT ON STAFF ALSO PLAINTIFF GRIEVED TO HIGHEST LEVEL TO EXHAUST ADMINISTRATIVE REMEDIES WITH NO RESPONSE ON EVERY LEVEL....

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).

   I WAS FOUND GUILTY ON ASSAULT ON STAFF TICKET THAT RESULTED IN ME BEING SENT TO A MAX PRISON/UNIT WHEN THE TICKET WAS FALSE AND I WAS A VICTIM.... I FILED MY GRIEVANCE TO EXHAUST ALL ADMINISTRATIVE REMEDIES AND WAS NEVER RESPONDED TO OR ACKNOWLEDGE AT EVERY LEVEL... I HAD TO PROCEED TO NEXT LEVEL WITH NO RESPONSE AS D.O.C POLICY STATES... DUE PROCESS VIOLATION....

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☒ Yes ☐ No
   b. Did you submit a request for administrative relief on Count II? ☒ Yes ☐ No
   c. Did you appeal your request for relief on Count II to the highest level? ☒ Yes ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. I FILED MY GRIEVANCE THAT WERE SIGNED AND DATED BY OFFICERS AT EVERY LEVEL TO EXHAUST MY ADMINISTRATIVE REMEDIES — I RECEIVED NO RESPONSE AT EVERY LEVEL DUE. TO DOC ATTEMPTING TO OBSTRUCT JUSTICE AND VIOLATE MY DUE PROCESS.... I HAVE ALL MY COPYS OF EVERY LEVEL GRIEVANCE AND APPEAL TURNED IN SIGNED BY OFFICERS TO PROVE I ATTEMPTED TO EXHAUST REMEDIES WITHOUT EVER BEING RESPONDED TOO... I FOLLOWED DOC POLICY FOR THE GRIEVANCE 4 PROCEDURE TO THE FINAL LEVEL WITHOUT EVER GETTING A RESPONSE....

## COUNT III

1. State the constitutional or other federal civil right that was violated: **8TH AMENDMENT VIOLATION CRUEL AND UNUSUAL PUNISHMENT.**

2. **Count III.** Identify the issue involved. Check only one. State additional issues in separate counts.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☒ Threat to safety
   - ☐ Other: ___

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count III. Describe exactly what each Defendant did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   After 5-11-18 incident I was sent to (MDU) Morey Detention Unit... while I was there COII Castro made it clear that COII Gomez and COII Delasantos were his friends... He begin to harrass me and disrespect me because I am gay to the point where I begin to fear for my safety... When he worked I refused to leave the safety of my cell for showers or for anything... I began to have bad anxiety... I filed a complaint to the Criminal Investigation Unit who was investigating the 5-11-18 incident

   Then on 7-8-18 while at MDU COII Castro who worked at that unit and COII Gomez who did not even work at that unit woke me up at midnight requesting I cuff up to be pulled out my cell... When I realized COII Gomez was at my cell door I requested a supervisor... They both began to threaten me telling me to stop filing complaints on the 5-11-18 incident that if not that I would be fucked up every chance they get that they got friends/brothers all over ASPC-Lewis complex working all yards... I began to yell for help... My neighbor heard what was going on begin to bang and yell for help to help me......... I notified Criminal Investigation Unit the next day who documented it and confirmed COII Gomez was there at Morey Unit that night and that he was not sapose to be being he works at Buckley Unit a whole diffrent prison....

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).

   I suffered paranoia, anxiety, had a psycotic brake down that lead me to have to see the psycd... I still have bad anxiety and fear officers may retaliate for me filing a law suit.

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?  ☒ Yes  ☐ No
   b. Did you submit a request for administrative relief on Count III?  ☒ Yes  ☐ No
   c. Did you appeal your request for relief on Count III to the highest level?  ☒ Yes  ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. ___

If you assert more than three Counts, answer the questions listed above for each additional Count on a separate page.

## E. REQUEST FOR RELIEF

State the relief you are seeking:

~~[crossed out]~~ (1) A DECLARATION THAT THE ACTS AND OMISSIONS DESCRIBED HEREIN VIOLATED PLAINTIFFS RIGHTS UNDER THE CONSTITUTION AND LAWS OF THE UNITED STATES... (2) A PRELIMINARY AND PERMANENT INJUNCTION ORDERING THE ARIZONA ~~STATE~~ DEPARTMENT OF CORRECTIONS TO STOP ~~[crossed out]~~ Allowing INMATES AND STAFF HARRASSING AND ASSAULTING LGBTQ INMATES AND TO INVESTIGATE ALL COMPLAINTS AGAINST STAFF HARRASSING/ASSAULTING LGBTQ INMATES (3) COMPENSATORY DAMAGES IN THE AMOUNT OF $500,000 AGAINST EACH DEFENDANT... (4) PUNITIVE DAMAGES ~~[crossed out]~~ TO COINCIDE WITH COMPENSATORY DAMAGES...

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  9·10·18
　　　　　　　DATE

J A Gomez
SIGNATURE OF PLAINTIFF

_____
(Name and title of paralegal, legal assistant, or
other person who helped prepare this complaint)

_____
(Signature of attorney, if any)

_____
(Attorney's address & telephone number)

## ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form. If you need more space, you may attach no more than fifteen additional pages. But the form must be completely filled in to the extent applicable. If you attach additional pages, be sure to identify which section of the complaint is being continued and number all pages.

6